|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| CHARLES W. LLOYD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF VANCOUVER; CLARK COUNTY,<br><br>　　　　　　　Defendants. | CASE NO. C14-5349BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The Court Grants the City of Vancouver's motion to dismiss and the City of Vancouver is dismissed from this action with prejudice. The remaining defendant is Clark County. Clark County has appeared (Dkt. 12), but has not otherwise defended against this action; and

ORDER -- 1

     (3)    Plaintiff has thirty days from the entry of this order to file an amended complaint that names the person or persons he alleges violated his constitutional rights. The amended complaint will act as a complete substitute for all other complaints and should not refer to those documents. Plaintiff must file a motion to amend along with his amended complaint so that the matter is noted for the Court's consideration.

     Dated this 21st day October, 2014.

                                          BENJAMIN H. SETTLE
                                          United States District Judge